

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  J.A.B. v. C.N.B.

Appellate case number:  01-20-00723-CV

Trial court case number:  19-DCV-268152

Trial court:  328th District Court of Fort Bend County

Appellant, currently incarcerated in the Texas Department of Criminal Justice and proceeding pro se, has filed a notice of appeal of the trial court's September 24, 2020 Order Terminating the Parent-Child Relationship. Appellant's brief was initially due on November 17, 2020. *See* TEX. R. APP. P. 38.6(a). On November 16, 2020, appellant filed a motion for extension of time to file his appellant's brief, requesting a ninety-day extension of the deadline to file his brief.

Appellant's motion does not include a certificate of conference; however, more than ten days have passed, and no party has expressed opposition to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2). Appellant's motion is **granted**. Appellant's brief is due no later than ninety days from the date of this order. No further extensions of time will be granted absent extraordinary circumstances.

It is so ORDERED.


Judge's signature: ____/s/ Terry Adams_____
        ☑ Acting individually    ☐ Acting for the Court

Date:  ___December 1, 2020___